JEFF AUGUSTINI, SBN 178358
LAW OFFICE OF JEFF AUGUSTINI
20 Pacifica, Suite 255
Irvine, CA 92618
Telephone: (949) 336-7847
Facsimile: (949) 336-7851
Email: jeff@augustinilaw.com

RANDOLF KATZ, SBN 86214
LAUREN DEEB, SBN 234143
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone: (714) 966-8825
Facsimile: (714) 754-6611
Email: rwkatz@bakerlaw.com
ldeeb@bakerlaw.com

Attorneys for Plaintiff
PETER CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| PETER CHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, INC., a Minnesota corporation; ST. JUDE MEDICAL, CARDIOLOGY DIVISION, A Delaware corporation; IRVINIE BIOMEDICAL INC., a California corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-00143 CJC (JCG)<br><br>**NOTICE OF APPEARANCE OF RANDOLF KATZ**<br><br>Ctrm.: 9(B)<br>Judge: Hon. Cormac J. Carney |

PLEASE TAKE NOTICE THAT Randolf Katz of the law firm of Baker & Hostetler LLP, 600 Anton Blvd., Suite 900, Costa Mesa, CA 92626, email address rwkatz@bakerlaw.com, hereby makes his appearance as counsel of record for Plaintiff Peter Chen, in the above-entitled matter.

DATED: May 5, 2017

BAKER & HOSTETLER LLP

By: */s/ Randolf Katz*
Randolf Katz

Attorneys for Plaintiff PETER CHEN

610416319.1